## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**STYLE STITCH, INC.,**
    Plaintiff,

v.

**THE AVYAN GROUP, LLC,**
    Defendant.

Civil Action No. 3:26-cv-03961-MAS-TJB

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a)(1), a disclosure statement is required to be filed by any non-government corporate party, including those seeking to intervene.

The undersigned counsel certifies that The Avyan Group, LLC is a non-governmental corporation and that:

☐ This party's parent corporation, and all publicly held corporations owning 10% or more of this party's stock, are listed here:

OR

☒ This party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

Signature of Attorney: /s/ Avram E. Frisch

Avram E. Frisch, Esq. The Law Office of Avram E. Frisch LLC Attorneys for Defendant, The Avyan Group, LLC

Address: 1 University Plaza, Suite 119
City/State/Zip: Hackensack, NJ 07601
Date: May 21, 2026