**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **STYLE STITCH, INC.,**<br>　　　　Plaintiff,<br>v.<br>**THE AVYAN GROUP, LLC,**<br>　　　　Defendant. | Civil Action No. 3:26-cv-03961-MAS-TJB<br><br>**STIPULATION EXTENDING TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO THE COMPLAINT** |

It is hereby stipulated and agreed, by and between the undersigned counsel for Plaintiff Style Stitch, Inc. and counsel for Defendant The Avyan Group, LLC, that the time within which Defendant The Avyan Group, LLC may answer, move or otherwise respond to the Complaint in the above-captioned action is hereby extended through and including May 22, 2026.

No prior extension of time to answer, move or otherwise respond to the Complaint has been requested or granted. Defendant The Avyan Group, LLC consents to the personal jurisdiction of this Court for purposes of this action. Except as to personal jurisdiction, this Stipulation does not waive any defenses available to Defendant under Federal Rule of Civil Procedure 12.

| | |
|---|---|
| **LAWRENCE C. HERSH**<br>Attorney at Law<br><br>/s/ Lawrence C. Hersh<br>_____<br>Lawrence C. Hersh, Esq.<br>17 Sylvan Street, Suite 102B<br>Rutherford, NJ 07070<br>(201) 507-6300<br>lh@hershlegal.com<br><br>Attorneys for Plaintiff<br>Style Stitch, Inc.<br><br>Dated: _____, 2026 | **THE LAW OFFICE OF AVRAM E. FRISCH LLC**<br><br>_____<br>Avram E. Frisch, Esq.<br>1 University Plaza, Suite 119<br>Hackensack, NJ 07601<br>(201) 289-5352<br>frischa@avifrischlaw.com<br><br>Attorneys for Defendant<br>The Avyan Group, LLC<br><br>Dated: ____2026-05-13 06:04 PM____, 2026 |

**SO ORDERED:**

_____

Hon. Tonianne J. Bongiovanni, U.S.M.J.

Dated: _____, 2026

# Signing Certificate

| Signer Events | Signature | Details |
|---|---|---|
| avram Frisch<br>frischa@avifrischlaw.com<br><br>Signer<br><br>Authentication Level:<br>Email | <br><br>**Signature ID:**<br>CMP4DD4RH00L5NZ1SMSMBJ54Q<br><br>**IP Address:** 74.105.15.149<br><br>**Device:** Windows - Edge 148.0.0.0 | Sent: 2026-05-13 06:04:44 PM (UTC)<br>Viewed: 2026-05-13 06:04:46 PM (UTC)<br>Signed: 2026-05-13 06:04:56 PM (UTC)<br>Reason: I am the owner of this document |

Signing certificate provided by:     **Documenso**

# Audit Log

**Envelope ID**
envelope_nddmsakdznzcfmax

**Owner**
Avram  Frisch (frischa@avifrischlaw.com)

**Status**
PENDING

**Time Zone**
Etc/UTC

**Created At**
2026-05-13 06:04:24 PM (UTC)

**Last Updated**
2026-05-13 06:04:43 PM (UTC)

**Enclosed Documents**
• Signature Required: Stipulation Extending Time to Answer - Chowdhary.pdf

**Recipients**
• [Signer] avram Frisch (frischa@avifrischlaw.com)

---

● **DOCUMENT RECIPIENT COMPLETED**                                    5/13/2026, 6:04 PM
avram Frisch signed the document

| USER | IP ADDRESS |
|------|------------|
| frischa@avifrischlaw.com | 74.105.15.149 |

**USER AGENT**
Edge 148.0.0.0 on Windows

---

○ **DOCUMENT VIEWED**                                                 5/13/2026, 6:04 PM
avram Frisch viewed the document

| USER | IP ADDRESS |
|------|------------|
| frischa@avifrischlaw.com | 74.105.15.149 |

**USER AGENT**
Edge 148.0.0.0 on Windows

---

● **DOCUMENT FIELD INSERTED**                                         5/13/2026, 6:04 PM
avram Frisch signed a field

| USER | IP ADDRESS |
|------|------------|
| frischa@avifrischlaw.com | 74.105.15.149 |

**USER AGENT**
Edge 148.0.0.0 on Windows

---

○ **DOCUMENT VIEWED**                                                 5/13/2026, 6:04 PM
avram Frisch viewed the document

| USER | IP ADDRESS |
|------|------------|
| frischa@avifrischlaw.com | 74.105.15.149 |

**USER AGENT**
Edge 148.0.0.0 on Windows

# Audit Log

**DOCUMENT FIELD INSERTED**                                      5/13/2026, 6:04 PM
avram Frisch signed a field

USER                                                                          IP ADDRESS
frischa@avifrischlaw.com                                                    74.105.15.149

USER AGENT
Edge 148.0.0.0 on Windows

---

**DOCUMENT OPENED**                                             5/13/2026, 6:04 PM
avram Frisch opened the document

USER                                                                          IP ADDRESS
frischa@avifrischlaw.com                                                    74.105.15.149

USER AGENT
Edge 148.0.0.0 on Windows

---

**DOCUMENT VIEWED**                                             5/13/2026, 6:04 PM
avram Frisch viewed the document

USER                                                                          IP ADDRESS
frischa@avifrischlaw.com                                                    74.105.15.149

USER AGENT
Edge 148.0.0.0 on Windows

---

**EMAIL SENT**                                                     5/13/2026, 6:04 PM
Avram  Frisch sent an email to frischa@avifrischlaw.com

USER                                                                          IP ADDRESS
frischa@avifrischlaw.com                                                    74.105.15.149

USER AGENT
Edge 148.0.0.0 on Windows

---

**DOCUMENT SENT**                                                5/13/2026, 6:04 PM
Avram  Frisch sent the document

USER                                                                          IP ADDRESS
frischa@avifrischlaw.com                                                    74.105.15.149

USER AGENT
Edge 148.0.0.0 on Windows

# Audit Log

### FIELD CREATED
Avram  Frisch added a field

5/13/2026, 6:04 PM

| USER | IP ADDRESS |
| --- | --- |
| frischa@avifrischlaw.com | 74.105.15.149 |

USER AGENT
Edge 148.0.0.0 on Windows

### FIELD CREATED
Avram  Frisch added a field

5/13/2026, 6:04 PM

| USER | IP ADDRESS |
| --- | --- |
| frischa@avifrischlaw.com | 74.105.15.149 |

USER AGENT
Edge 148.0.0.0 on Windows

### RECIPIENT CREATED
Personal Team added a recipient

5/13/2026, 6:04 PM

| USER | IP ADDRESS |
| --- | --- |
| N/A | 52.55.100.204 |

USER AGENT
node

### DOCUMENT CREATED
Document created

5/13/2026, 6:04 PM

| USER | IP ADDRESS |
| --- | --- |
| N/A | 52.55.100.204 |

USER AGENT
node

 Documenso