UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **STYLE STITCH, INC.,**<br>        Plaintiff,<br><br>v.<br><br>**THE AVYAN GROUP, LLC,**<br>        Defendant. | Civil Action No. 3:26-cv-03961-MAS-TJB<br><br>**STIPULATION EXTENDING TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO THE COMPLAINT** |

It is hereby stipulated and agreed, by and between the undersigned counsel for Plaintiff Style Stitch, Inc. and counsel for Defendant The Avyan Group, LLC, that the time within which Defendant The Avyan Group, LLC may answer, move or otherwise respond to the Complaint in the above-captioned action is hereby extended through and including May 22, 2026.

No prior extension of time to answer, move or otherwise respond to the Complaint has been requested or granted. Defendant The Avyan Group, LLC consents to the personal jurisdiction of this Court for purposes of this action. Except as to personal jurisdiction, this Stipulation does not waive any defenses available to Defendant under Federal Rule of Civil Procedure 12.

| | |
|---|---|
| **LAWRENCE C. HERSH**<br>Attorney at Law<br><br>/s/ Lawrence C. Hersh<br>Lawrence C. Hersh, Esq.<br>17 Sylvan Street, Suite 102B<br>Rutherford, NJ 07070<br>(201) 507-6300<br>lh@hershlegal.com<br><br>Attorneys for Plaintiff<br>Style Stitch, Inc.<br><br>Dated: _____, 2026 | **THE LAW OFFICE OF AVRAM E. FRISCH LLC**<br><br>_(signature)_<br><br>_____<br>Avram E. Frisch, Esq.<br>1 University Plaza, Suite 119<br>Hackensack, NJ 07601<br>(201) 289-5352<br>frischa@avifrischlaw.com<br><br>Attorneys for Defendant<br>The Avyan Group, LLC<br><br>Dated: _2026-05-13 06:04 PM_, 2026 |

**SO ORDERED:**

Hon. Tonianne J. Bongiovanni, U.S.M.J.

Dated: ___5/26/26___, 2026