**LAWRENCE C. HERSH**
Attorney at Law
17 Sylvan Street, Suite 102B
Rutherford, NJ 07070
(201) 507-6300
lh@hershlegal.com
Local Counsel for Plaintiff Style Stitch, Inc.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| STYLE STITCH, INC., | Civil Action No. 3:26-cv-03961-MAS-TJB |
| Plaintiff, | |
| v. | **CONSENT ORDER** |
| THE AVYAN GROUP, LLC, | **ADMITTING SUMEER** |
| | **KAKAR, ESQ.** |
| Defendant. | **PRO HAC VICE** |

## CONSENT ORDER ADMITTING SUMEER KAKAR, ESQ. PRO HAC VICE

**THIS MATTER** having been opened to the Court by Lawrence C. Hersh, Esq., local counsel for

Plaintiff Style Stitch, Inc., on the consent of all parties, for the admission *pro hac vice* of Sumeer

Kakar, Esq. pursuant to Local Civil Rule 101.1(c); and the parties having submitted the

certification required by L. Civ. R. 101.1(c)(1); and for good cause shown;

**IT IS** on this 30th day of July , 2026,

**ORDERED** that the admission *pro hac vice* of Sumeer Kakar, Esq. is **GRANTED**; and it is

further

1.  **ORDERED** that Sumeer Kakar, Esq. is admitted *pro hac vice* to appear and participate in

this matter on behalf of Plaintiff Style Stitch, Inc., pursuant to L. Civ. R. 101.1(c); and it is

further

1

2.  **ORDERED** that Sumeer Kakar shall abide by all rules of this Court, including all disciplinary rules, and shall be bound by the Rules of Professional Conduct of the State of New Jersey as adopted and modified by this Court; and it is further

3.  **ORDERED** that, pursuant to L. Civ. R. 101.1(c)(3), within twenty (20) days of the entry of this Order, Sumeer Kakar shall make a payment of $250.00 to the Clerk, United States District Court; and it is further

4.  **ORDERED** that Sumeer Kakar shall make the payment to the New Jersey Lawyers' Fund for Client Protection required by R. 1:28-2(a), and shall comply with R. 1:20-1(b); and it is further

5.  **ORDERED** that Sumeer Kakar shall make the required annual payments to the New Jersey Lawyers' Fund for Client Protection for each calendar year in which he continues to appear in this matter, and shall submit affidavits of compliance as required, with automatic termination of the pro hac vice admission upon failure to make any required annual payment; and it is further

6.  **ORDERED** that Sumeer Kakar shall notify the Court immediately of any matter affecting his standing at the bar of any court; and it is further

7.  **ORDERED** that Sumeer Kakar shall be subject to the jurisdiction and disciplinary authority of this Court with respect to his conduct in this matter.

Hon. Tonianne J. Bongiovanni, U.S.M.J.

The undersigned hereby consent to the form and entry of the within Consent Order:

2

**THE LAW OFFICE OF AVRAM E. FRISCH LLC**

By: _____/s/_____
Avram E. Frisch, Esq.
1 University Plaza, Suite 119
Hackensack, NJ 07601
frischa@avifrischlaw.com
Attorney for Defendant The Avyan Group, LLC

Dated: July 13, 2026

**LAWRENCE C. HERSH**

By: _____/s/_____
Lawrence C. Hersh, Esq.
17 Sylvan Street, Suite 102B
Rutherford, NJ 07070
lh@hershlegal.com
Local Counsel for Plaintiff Style Stitch, Inc.
Dated: July13, 2026