**LAWRENCE C. HERSH**
Attorney at Law
17 Sylvan Street, Suite 102B
Rutherford, New Jersey 07070
Tel: (201) 507-6300 • lh@hershlegal.com

November 3, 2026

**VIA CM/ECF**

The Honorable Tonianne J. Bongiovanni, U.S.M.J.
United States District Court, District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Courtroom 6 East
Trenton, New Jersey 08608

**Re: Style Stitch, Inc. v. The Avyan Group, LLC**
**Civil Action No. 3:26-cv-03961-MAS-TJB**
**Joint Status Update Pursuant to the July 13, 2026 Initial Pretrial Conference, and Request to Lift the Stay of Formal Discovery and Enter a Scheduling Order**

Dear Judge Bongiovanni:

This firm, together with Kakar, P.C., represents Plaintiff/Counterclaim-Defendant Style Stitch, Inc. ("Plaintiff" or "SSI") in the above-referenced matter. *We write jointly with counsel for Defendant/Counterclaim-Plaintiff The Avyan Group, LLC ("Defendant" or "TAG"), Avram E. Frisch, Esq., who has reviewed and consents to this letter*, to provide the update that Your Honor directed the parties to submit by October 30, 2026 at the Initial Pretrial Conference held on July 13, 2026.

At the July 13 conference, the Court stayed formal discovery, directed the parties to exchange the discovery necessary to facilitate settlement discussions, and indicated that a discovery schedule would be addressed if the matter did not settle. The parties have complied. Counsel have conferred on several occasions regarding resolution. Notwithstanding those efforts, the parties' respective positions on liability and on the amount in controversy remain far apart, and the parties have concluded that the matter will not resolve without discovery and Court intervention.

Accordingly, the parties respectfully request, pursuant to Fed. R. Civ. P. 16(b) and L. Civ. R. 16.1, that the Court lift the stay and enter a Scheduling Order. The parties previously submitted a Joint Discovery Plan to Chambers on July 7, 2026 in advance of the Initial Pretrial Conference, in accordance with L. Civ. R. 26.1(b) and the Court's Order Scheduling Conference

(ECF No. 9). The parties have conferred and propose that the schedule set forth in that Plan be entered with the following adjusted dates, which account for the period during which formal discovery was stayed:

| **Event** | **Proposed Deadline** |
|---|---|
| Fed. R. Civ. P. 26(a)(1) initial disclosures | Within 14 days of entry of the Scheduling Order |
| Rule 26.1(d) e-discovery conference | Within 14 days of entry of the Scheduling Order |
| Service of initial written discovery (interrogatories and document requests) | Within 21 days of entry of the Scheduling Order |
| Interrogatories / depositions | 25 interrogatories per side; 10 depositions per side |
| Motions to amend pleadings or add parties | January 26, 2027 |
| Completion of fact discovery | March 26, 2027 |
| Plaintiff's expert report(s) | April 30, 2027 |
| Defendant's expert report(s) | May 30, 2027 |
| Completion of expert depositions | June 29, 2027 |
| Dispositive motions | To be served within 30 days after the close of expert discovery, subject to the Court's pre-motion procedures |

As noted in the Joint Discovery Plan, Plaintiff and its witnesses and records are located in India. The parties anticipate that certain depositions will be conducted by remote videoconference and that the transmission of documents from abroad may require additional time, and they will raise any such issue with the Court promptly should it affect the schedule. The parties will also submit a proposed Discovery Confidentiality Order consistent with L. Civ. R. 5.3 and Appendix S.

The parties remain open to a settlement conference before Your Honor, or to mediation pursuant to L. Civ. R. 301.1, at a point after the exchange of written discovery, when the parties will be better positioned to evaluate their respective claims and defenses. The parties respectfully submit that a referral at the present time would not be productive.

Should the Court prefer to address the schedule at a status conference rather than on the papers, counsel are available at the Court's convenience and, with the Court's permission, would request to appear by telephone or video conference. A proposed form of Scheduling Order will be submitted to Chambers in Word format at tjb_orders@njd.uscourts.gov upon the Court's direction.

We thank the Court for its continued attention to this matter.

Respectfully submitted,

/s/ Lawrence C. Hersh
Lawrence C. Hersh, Esq.
Local Counsel for Plaintiff/Counterclaim-Defendant Style Stitch, Inc.

Sumeer Kakar, Esq. (*admitted pro hac vice*)
KAKAR, P.C.
1407 Broadway, Suite 1620, New York, NY 10018
(646) 760-7013 | sk@kakarlaw.net
Lead Counsel for Plaintiff/Counterclaim-Defendant Style Stitch, Inc.

cc: Avram E. Frisch, Esq., Counsel for Defendant/Counterclaim-Plaintiff (via CM/ECF)
Sumeer Kakar, Esq. (via CM/ECF)